■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVIN ISIDORE, Appellant. [53 NYS3d 586]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered July 29, 2015. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree (Penal Law §§ 110.00, 265.03 [3]). Defendant contends that Supreme Court erred in imposing an enhanced sentence because the evidence adduced by the People at the hearing conducted pursuant to *People v Outley* (80 NY2d 702 [1993]) did not suffice to demonstrate defendant's violation of the plea conditions. We reject that contention. The court made a sufficient inquiry in order to ascertain

"the existence of a legitimate basis" for the charges of postplea criminal conduct on the part of defendant (*Outley*, 80 NY2d at 713; *see People v Fumia*, 104 AD3d 1281, 1281 [2013], *lv denied* 21 NY3d 1004 [2013]; *People v Ayen*, 55 AD3d 1305, 1306 [2008]). We have considered defendant's challenge to the severity of the enhanced sentence and conclude that it is without merit. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.